## CORPORATE RESOLUTION OF
K. Adriane Leads LLC

The undersigned, being the president of K. Adriane Leads LLC a Georgia (the "Corporation") having met at a meeting specially called by the Corporation do, by his participation and signature below, hereby waive any other notice of meeting as provided in the by-laws of the Corporation, and do hereby consent and resolve to the adoption of, and do hereby adopt, the following actions to be taken:

1. The Corporation shall prepare and file a voluntary petition for bankruptcy under Chapter 7 of the Bankruptcy Code;

2. The Corporation shall retain and pay Medley & Associates , LLC the amount of $2338.00, as a retainer for the preparation, filing, and 341 hearing;

IT IS SO RESOLVED, this 4th day November 2024.


//s//  najah Jackson
**Najah Jackson**
Member