**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No.  24-61758-BEM |
| | ) | |
| K. ADRIANE LEADS LLC, | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |
| | ) | |

**TRUSTEE'S REPORT OF ASSETS AND REQUEST TO SET BAR DATE**

NOW COMES Jason L. Pettie, Trustee in the above-captioned case, and hereby represents as follows:

1.  It appears that a distribution to creditors is possible in this case.

2.  According to the Trustee's records, there has been no notice to creditors of a deadline for timely filing of proofs of claim in this case, and such notice should be sent at the earliest possible time.

WHEREFORE, the Trustee respectfully requests that the Clerk immediately issue such notice to creditors.

This 12th day of November, 2024.

By: /s/ Jason L. Pettie_____
Jason L. Pettie
Trustee in Bankruptcy
Georgia Bar # 574783
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
(678) 336-7226