

**IT IS ORDERED as set forth below:**

**Date: April 30, 2025**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-61758-BEM |
| | : | |
| **K. ADRIANE LEADS LLC**, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | CHIEF JUDGE ELLIS-MONRO |
| | : | |

**ORDER APPROVING SETTLEMENT AGREEMENT UNDER
RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

On March 26, 2025, Jason L. Pettie, as Chapter 7 Trustee ("**Trustee**") for the

bankruptcy estate (the "**Bankruptcy Estate**") of K. Adriane Leads LLC ("**Debtor**"), filed

a _Motion for an Order Approving Settlement Agreement Under Rule 9019 of the Federal_

_Rules of Bankruptcy Procedure_ [Doc. No. 28] (the "**Settlement Motion**"), and related

papers with the Court, seeking an order, among other things, approving the _Joint_

_Stipulation and Settlement Agreement_ (the "**Settlement Agreement**") between Trustee and

U.S. Bank Trust Company, National Association as Trustee for Velocity Commercial

{02972181-1 }      02790282-1

Capital Loan Trust 2023-3 (the "**Bank**") (together with Trustee, the "**Parties**").

The Settlement Agreement provides, *inter alia,*[1] the Parties have mutually agreed for the Trustee to proceed with a sale of the Debtor's real property commonly known as 1000 Leadenhall Street, Johns Creek, Fulton County, Georgia 30022 (the "**Property**") and for the Bankruptcy Estate to receive a payment in the amount of five percent (5%) of the Property's gross purchase price from the funds that would have been paid to the Bank for its lien. The exact terms of the Settlement Agreement are set forth in the exhibit [Doc. No. 34] filed in support of the Settlement Motion.

Also on March 26, 2025, Trustee filed his *Notice of Trustee's Motion for an Order Approving Settlement Agreement Under Rule 9019 of the Federal Rules of Bankruptcy Procedure; Deadline to Object; and for Hearing* [Doc. No. 29] (the "**Notice**") regarding the Settlement Motion, in accordance with Third Amended and Restated General Order No. 24-2018. Counsel for Trustee certifiesd that he served the Notice on all requisite parties in interest on March 26, 2025.

A hearing on the Settlement Motion was held on April 29, 2025 (the "**Hearing**"), and both Trustee and counsel for the Bank appeared at the Hearing in support of the Settlement Motion.  No creditor or party in interest filed an objection or response to the relief requested in the Settlement Motion and no one appeared at the Hearing in opposition to the Settlement Motion. The Court has considered the Settlement Motion and all other

---

[1]     The following is a summary of the Settlement Agreement and is not intended to be comprehensive. To the extent that anything in this summary is contrary to the terms of the Settlement Agreement, the Settlement Agreement shall control.

matters of record, including the lack of objection thereto, and based on the forgoing, it is hereby

ORDERED that the Settlement Motion is **GRANTED**: the Settlement Agreement is approved, and its terms are incorporated herein.  It is further

ORDERED that Trustee may take any other actions necessary to effectuate the terms of the Settlement Agreement.  It is further

ORDERED that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, (ii) resolve any disputes regarding or concerning the Settlement Agreement, and (iii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

**END OF DOCUMENT**

Prepared and submitted by:

*/s/ Jason L. Pettie*
Jason L. Pettie
Georgia Bar # 574783
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
(770) 434-6868
*Attorneys for Trustee*

{02972181-1 }3

## DISTRIBUTION LIST

US Bank Trust Company, NA
Lisa Frank
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076

Leonard R. Medley, III
Medley & Associates, LLC
Building 2, Suite 1450
2727 Paces Ferry Road, SE
Atlanta, GA 30339

K. Adriane Leads LLC
2870 Peachtree Road, Suite 711
Atlanta, GA 30305

Jason L. Pettie, Trustee
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339

Office of the U.S. Trustee
Russell Federal Bldg, Rm 362
75 Ted Turner Dr SW
Atlanta, Georgia  30303