**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No.:** 24-61758 | **Trustee Name:** Jason L. Pettie |
| **Case Name:** K. ADRIANE LEADS LLC | **Date Filed (f) or Converted (c):** 11/04/2024 (f) |
| **For the Period Ending:** 09/30/2025 | **§341(a) Meeting Date:** 12/12/2024 |
| | **Claims Bar Date:** 02/12/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1    1000 LEADENHALL ST ATLANTA GA 30022 | $21,000,000.00 | $379,744.00 | | $1,700,000.00 | FA |
| **Asset Notes:**    Debtor intended to schedule property at $2,100,000 | | | | | |
| 2    pro-rated HOA dues credit    **(u)** | $640.33 | $640.33 | | $640.33 | FA |

**TOTALS (Excluding unknown value)**                                                                                         **Gross Value of Remaining Assets**

|  | | | | |
|---|---|---|---|---|
| $21,000,640.33 | $380,384.33 | | $1,700,640.33 | $0.00 |

**Major Activities affecting case closing:**

09/15/2025    Trustee sold debtor's real property and is currently reviewing claims.  Trustee has employed an accountant who is working to resolve claims relating to the debtor's never having filed tax returns

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 03/30/2026 | **Current Projected Date Of Final Report (TFR):** 03/30/2026 | /s/ JASON L. PETTIE |
| | | JASON L. PETTIE |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| | | |
|---|---|---|
| **Case No.** | 24-61758 | |
| **Case Name:** | K. ADRIANE LEADS LLC | |
| **Primary Taxpayer ID #:** | **-***5728 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/01/2024 | |
| **For Period Ending:** | 09/30/2025 | |

| | | |
|---|---|---|
| **Trustee Name:** | Jason L. Pettie | |
| **Bank Name:** | Pinnacle Bank | |
| **Checking Acct #:** | ******0072 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $40,160,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/06/2025 | | Campbell & Brannon | Funds from sale of property approved by Order entered 5/1/2025 (DN 37) | * | $85,000.00 | | $85,000.00 |
| | {1} | | gross purchase price $1,700,000.00 | 1110-000 | | | $85,000.00 |
| | | | mortgage lien ($1,473,718.92) | 4110-000 | | | $85,000.00 |
| | | | realtor commission (reduced from $102,000) ($99,000.00) | 3510-000 | | | $85,000.00 |
| | {2} | | pro-rated HOA credit $640.33 | 1290-000 | | | $85,000.00 |
| | | | pro-rated 2025 property taxes ($7,802.65) | 2820-000 | | | $85,000.00 |
| | | | seller credit for closing costs ($15,000.00) | 2500-000 | | | $85,000.00 |
| | | | HOA lien ($15,267.79) | 4120-000 | | | $85,000.00 |
| | | | Utilities lien (Fulton Co Water & Sewer) ($4,733.00) | 4120-000 | | | $85,000.00 |
| | | | Utilites lien (Johns Creek stormwater) ($117.97) | 4120-000 | | | $85,000.00 |
| 06/30/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $106.25 | $84,893.75 |
| 07/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $106.11 | $84,787.64 |
| 08/29/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $105.98 | $84,681.66 |
| 09/30/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $105.85 | $84,575.81 |
| | | | **SUBTOTALS** | | $85,000.00 | $424.19 | |

**FORM 2**

**Page No:** 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 24-61758 |
| **Case Name:** | K. ADRIANE LEADS LLC |
| **Primary Taxpayer ID #:** | **-***5728 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 10/01/2024 |
| **For Period Ending:** | 09/30/2025 |

| | |
|---|---|
| **Trustee Name:** | Jason L. Pettie |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0072 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $40,160,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|
| | | **TOTALS:** | | $85,000.00 | $424.19 | $84,575.81 |
| | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | **Subtotal** | | $85,000.00 | $424.19 | |
| | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | $85,000.00 | $424.19 | |

**For the period of 10/01/2024 to 09/30/2025**

| | |
|---|---|
| Total Compensable Receipts: | $1,700,640.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,700,640.33 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,616,064.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,616,064.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/02/2025 to 9/30/2025**

| | |
|---|---|
| Total Compensable Receipts: | $1,700,640.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,700,640.33 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,616,064.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,616,064.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 24-61758 | |
| Case Name: | K. ADRIANE LEADS LLC | |
| Primary Taxpayer ID #: | **-***5728 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/01/2024 | |
| For Period Ending: | 09/30/2025 | |

| | |
|---|---|
| Trustee Name: | Jason L. Pettie |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0072 |
| Account Title: | |
| Blanket bond (per case limit): | $40,160,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $85,000.00 | $424.19 | $84,575.81 |

| For the period of 10/01/2024 to 09/30/2025 | | For the entire history of the account between 05/02/2025 to 9/30/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,700,640.33 | Total Compensable Receipts: | $1,700,640.33 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,700,640.33 | Total Comp/Non Comp Receipts: | $1,700,640.33 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,616,064.52 | Total Compensable Disbursements: | $1,616,064.52 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,616,064.52 | Total Comp/Non Comp Disbursements: | $1,616,064.52 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ JASON L. PETTIE

JASON L. PETTIE